# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **1:24cv171**

DATE  **May 6, 2026**

TITLE  **Ruben Porras, et al v Balfour Beatty Communities, LLC**

TIMES **8 hours**

Honorable : **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy : **Courtnay Capps**

Court Reporter :  **FTR**

| Plaintiff | Defendant |
|---|---|
| **Attorney John Price**<br>**Attorney Sam Adams**<br>**Ruben Porras**<br>**Ashley Porras** | **Attorney Elena Harvey**<br>**Eman Senteno, Starr Companies (representative from Defendants' insurance carrier) by video**<br>**Attorney Leslie Cohn (Balfour Beatty Communities – Corporate counsel for Defendants) by video** |

PROCEEDINGS:  **Mediation - Augusta, Georgia**

☐ In Court
☑ In Chambers

NOTES:

Mediation held. Case settled.
Dismissal to be filed within 90 days.